# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2017

Stephen J. Markman,
Chief Justice

152807-8

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

CHIROPRACTORS REHABILITATION
GROUP, P.C.,
      Plaintiff-Appellee,

v

SC: 152807
COA: 320288
Oakland CC: 2013-009983-AV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.
_____/

ELITE HEALTH CENTER, INC.,
ELITE CHIROPRACTIC, P.C., and
HORIZON IMAGING, L.L.C.,
      Plaintiffs-Appellees,

v

SC: 150808
COA: 322317
Oakland CC: 2014-139132-AV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.
_____/

By order of July 26, 2016, the application for leave to appeal the October 29, 2015 judgment of the Court of Appeals was held in abeyance pending the decision in *Covenant Medical Center, Inc v State Farm Mutual Auto Ins Co* (Docket No. 152758). On order of the Court, the case having been decided on May 25, 2017, 500 Mich ___ (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND these cases to that court for reconsideration in light of *Covenant*.

We do not retain jurisdiction.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017



Clerk

a0925